

| | |
|---|---|
| | 11 Sunrise Plaza, Ste. 305 |
| | Valley Stream, NY 11580 |
| | (516) 233-1660 |
| | www.LiebowitzLawFirm.com |

September 12, 2018

**VIA ECF**
THE HONORABLE NICHOLAS G. GARAUFIS
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Notice of Settlement and request for 30-day Dismissal
*Bravo v. Inquisitr, Ltd.* **(1:18-cv-04436-NGG-JO)**

Dear Judge Garaufis,

We represent the plaintiff, Johanna Bravo in the above referenced matter, and write to inform the Court that the parties have reach settlement in principal and are working on finalizing the settlement.

The parties expect a full dismissal of the action once the agreement is finalized. We therefore respectfully request that the Court issue an order of discontinuance of the action without prejudice and without costs; but with leave to reopen the case in thirty (30) days from the date of the order if Plaintiff has not submitted a Notice of Voluntary Dismissal (with prejudice) by such time.

Plaintiff also requests that the Court adjourn all dates until such time as the final Dismissal is entered or, if not, until Plaintiff notifies the Court that the action should be re-opened.

Very truly yours,

Joseph A. Dunne, Esq.
*Attorneys for Plaintiff*

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Liebowitz Law Firm, PLLC